Certificate Number: 03088-NJ-DE-034731497

Bankruptcy Case Number: 20-18604



03088-NJ-DE-034731497

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 2, 2020,</u> at <u>11:29</u> o'clock <u>PM CDT</u>, <u>Lisa A Krzywicki</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>August 2, 2020</u>                By:   <u>/s/Doug Tonne</u>

Name:  <u>Doug Tonne</u>

Title:   <u>Counselor</u>