Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  20−18604−MBK
        Chapter:  13
        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lisa A. Krzywicki
   112 Beechnut Court
   Lumberton, NJ 08048

Social Security No.:
   xxx−xx−4983

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/25/20.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: September 25, 2020
JAN: bwj

                Jeanne Naughton
                Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                    Case No. 20-18604-MBK
Lisa A. Krzywicki                                                         Chapter 13
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                 Page 1 of 2           Date Rcvd: Sep 25, 2020
                               Form ID: 148                Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2020.
db             +Lisa A. Krzywicki,    112 Beechnut Court,    Lumberton, NJ 08048-3413
518897401      +Anthony S. Poulin, Esquire,    Stephen Einstein & Assoc., PC,    39 Broadway,   Suite 1250,
                 New York, NY 10006-3089
518897403      +Best Buy Credit Services/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
518909265      +Midland Credit Management, Inc.,    PO Box 2037,    Warren, MI 48090-2037
518897416      +Midland Funding LLC c/o,    Midland Credit Mgmt Inc.,    350 Camino De La Reina,   Suite 100,
                 San Diego, CA 92108-3007
518897418       Pressler, Felt & Warshaw, LLP,    7 Entin Road,    2nd Floor,   Parsippany, NJ 07054-5020
518897425       WebBank,   215 Douth State Street,    Suite 800,    Salt Lake City, UT 84111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 26 2020 00:30:21     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 26 2020 00:30:19     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518897402       EDI: ARSN.COM Sep 26 2020 03:38:00     ARS National Services, Inc.,    Po Box 469100,
                 Escondido, CA 92046-9100
518917750      +EDI: LCIFULLSRV Sep 26 2020 03:38:00     COMCAST,   PO BOX 1931,    Burlingame, CA 94011-1931
518897404       EDI: CAPITALONE.COM Sep 26 2020 03:38:00     Capital One,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
518897405      +EDI: CAPONEAUTO.COM Sep 26 2020 03:38:00     Capital One Auto Finance,    7933 Preston Road,
                 Plano, TX 75024-2302
518897406       EDI: CAPONEAUTO.COM Sep 26 2020 03:38:00     Capital One Auto Finance,    P.O. Box 60511,
                 City of Industry, CA 91716-0511
518905126      +EDI: AISACG.COM Sep 26 2020 03:38:00     Capital One Auto Finance, a division of,
                 AIS Portfolio Services, LP,   4515 N Santa Fe Ave. Dept. APS,     Oklahoma City, OK 73118-7901
518912054      +EDI: AISACG.COM Sep 26 2020 03:38:00     Capital One Auto Finance, a division of Capital On,
                 P.O. Box 4360,   Houston, TX 77210-4360
518897407      +EDI: CITICORP.COM Sep 26 2020 03:38:00     Citi Bank,   PO Box 6500,
                 Sioux Falls, SD 57117-6500
518897408      +EDI: COMCASTCBLCENT Sep 26 2020 03:38:00     Comcast,   1 Apollo Road,
                 Plymouth Meeting, PA 19462-2372
518897409       EDI: WFNNB.COM Sep 26 2020 03:38:00     Comenity Bank-Boscov’s,    Bankruptcy Dept.,
                 PO Box 182125,   Columbus, OH 43218-2125
518897410       EDI: DISCOVER.COM Sep 26 2020 03:38:00     Discover Bank,    2500 Lake Park Blvd,
                 Salt Lake City, UT 84120
518937881       EDI: Q3G.COM Sep 26 2020 03:38:00     Department Stores National Bank,    c/o Quantum3 Group LLC,
                 PO Box 657,   Kirkland, WA 98083-0657
518909283       EDI: DISCOVER.COM Sep 26 2020 03:38:00     Discover Bank,    Discover Products Inc,
                 PO Box 3025,   New Albany OH 43054-3025
518897411      +E-mail/Text: bknotice@ercbpo.com Sep 26 2020 00:30:27     ERC,    8014 Bayberry Road,
                 Jacksonville, FL 32256-7412
518897412      +EDI: RMSC.COM Sep 26 2020 03:38:00     GE Money Bank/Old Navy,    Bankruptcy Dept,
                 PO Box 103104,   Roswell, GA 30076-9104
518897413      +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 26 2020 00:39:23     LVNV Funding, LLC,
                 PO Box 1269,   Greenville, SC 29602-1269
518901849       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 26 2020 00:40:03     LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,    Greenville, SC 29603-0587
518897414       E-mail/Text: camanagement@mtb.com Sep 26 2020 00:29:59     M&T Bank,    1 Fountain Plaza,
                 9th floor,   Buffalo, NY 14203
518964221       E-mail/Text: camanagement@mtb.com Sep 26 2020 00:29:59     M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
518897415      +EDI: TSYS2.COM Sep 26 2020 03:38:00     Macys/DSNB,    Bankruptcy Processing,   PO Box 8053,
                 Mason, OH 45040-8053
518897417       EDI: PRA.COM Sep 26 2020 03:38:00     Portfolio Recovery Assoc., LLC,    140 Corporate Blvd,
                 Norfolk, VA 23502
518952682       EDI: PRA.COM Sep 26 2020 03:38:00     Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank (usa), N.a.,   POB 41067,    Norfolk VA 23541
518961422       EDI: PRA.COM Sep 26 2020 03:38:00     Portfolio Recovery Associates, LLC,    c/o Mattress Firm,
                 POB 41067,   Norfolk VA 23541
518960072       EDI: PRA.COM Sep 26 2020 03:38:00     Portfolio Recovery Associates, LLC,    c/o Wal-mart,
                 POB 41067,   Norfolk VA 23541
518943516       EDI: Q3G.COM Sep 26 2020 03:38:00     Quantum3 Group LLC as agent for,    Second Round Sub LLC,
                 PO Box 788,   Kirkland, WA 98083-0788
518897419      +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 26 2020 00:40:04
                 Resurgent Capital Services LP,   55 Beattie Place,    Suite 110,   Greenville, SC 29601-5115
518897421       EDI: RMSC.COM Sep 26 2020 03:38:00     SYNCB,   Bankruptcy Dept.,    PO Box 965060,
                 Orlando, FL 32896-5060
518897422       EDI: RMSC.COM Sep 26 2020 03:38:00     SYNCB/Lowes,    Bankruptcy Dept.,   PO Box 965060,
                 Orlando, FL 32896-5060
518897423       EDI: RMSC.COM Sep 26 2020 03:38:00     SYNCB/Walmart,    Bankruptcy Dept.,   PO Box 965060,
                 Orlando, FL 32896-5060
```

```
District/off: 0312-3          User: admin              Page 2 of 2           Date Rcvd: Sep 25, 2020
                              Form ID: 148             Total Noticed: 41
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
518897420      +EDI: SECONDROUND.COM Sep 26 2020 03:38:00      Second Round Sub, LLC,   4150 Friedrich Lane,
                Austin, TX 78744-1052
518897981      +EDI: RMSC.COM Sep 26 2020 03:38:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                PO Box 41021,   Norfolk, VA 23541-1021
518897424       EDI: TDBANKNORTH.COM Sep 26 2020 03:38:00      TD Bank,   32 Chestnut Street,
                Lewiston, ME 04240-7765
                                                                                             TOTAL: 34

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2020 at the address(es) listed below:

```
          Albert  Russo    docs@russotrustee.com
          Denise E. Carlon   on behalf of Creditor   Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Fred R. Braverman    on behalf of Debtor Lisa A. Krzywicki bravelaw@comcast.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```