Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−18604−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lisa A. Krzywicki
   112 Beechnut Court
   Lumberton, NJ 08048

Social Security No.:
   xxx−xx−4983

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           12/15/20
Time:           09:00 AM
Location:       Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: October 21, 2020
JAN: bwj

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:   Case No. 20-18604-MBK
Lisa A. Krzywicki   Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-3   User: admin   Page 1 of 3
Date Rcvd: Oct 21, 2020   Form ID: 132   Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa A. Krzywicki, 112 Beechnut Court, Lumberton, NJ 08048-3413 |
| 518897401 | + | Anthony S. Poulin, Esquire, Stephen Einstein & Assoc., PC, 39 Broadway, Suite 1250, New York, NY 10006-3089 |
| 518897403 | + | Best Buy Credit Services/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 518897407 | + | Citi Bank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 518897415 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Macys/DSNB, Bankruptcy Processing, PO Box 8053, Mason, OH 45040-8222 |
| 518909265 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518897416 | + | Midland Funding LLC c/o, Midland Credit Mgmt Inc., 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 518897418 | | Pressler, Felt & Warshaw, LLP, 7 Entin Road, 2nd Floor, Parsippany, NJ 07054-5020 |
| 518897420 | + | Second Round Sub, LLC, 4150 Friedrich Lane, Austin, TX 78744-1052 |
| 518897425 | | WebBank, 215 Douth State Street, Suite 800, Salt Lake City, UT 84111 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 21 2020 22:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 21 2020 22:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518897402 | | Email/Text: legal@arsnational.com | Oct 21 2020 22:01:00 | ARS National Services, Inc., Po Box 469100, Escondido, CA 92046-9100 |
| 518917750 | + | Email/Text: documentfiling@lciinc.com | Oct 21 2020 22:00:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 518897404 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 21 2020 22:52:22 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518897406 | | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Oct 21 2020 22:52:28 | Capital One Auto Finance, P.O. Box 60511, City of Industry, CA 91716-0511 |
| 518897405 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Oct 21 2020 22:52:29 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 518905126 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Oct 21 2020 22:52:24 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518912054 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Oct 21 2020 22:52:49 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 518897408 | + | Email/Text: documentfiling@lciinc.com | Oct 21 2020 22:00:00 | Comcast, 1 Apollo Road, Plymouth Meeting, PA 19462-2372 |
| 518897409 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 21 2020 22:01:00 | Comenity Bank-Boscov's, Bankruptcy Dept., PO Box 182125, Columbus, OH 43218-2125 |

| Recipient # | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 518897410 | | Email/Text: mrdiscen@discover.com | Oct 21 2020 22:00:00 | Discover Bank, 2500 Lake Park Blvd, Salt Lake City, UT 84120 |
| 518937881 | | Email/Text: bnc-quantum@quantum3group.com | Oct 21 2020 22:01:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518909283 | | Email/Text: mrdiscen@discover.com | Oct 21 2020 22:00:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 518897411 | + | Email/Text: bknotice@ercbpo.com | Oct 21 2020 22:01:00 | ERC, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 518897412 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 21 2020 22:53:09 | GE Money Bank/Old Navy, Bankruptcy Dept, PO Box 103104, Roswell, GA 30076-9104 |
| 518901849 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 21 2020 22:52:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518897413 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 21 2020 22:52:52 | LVNV Funding, LLC, PO Box 1269, Greenville, SC 29602-1269 |
| 518897414 | | Email/Text: camanagement@mtb.com | Oct 21 2020 22:01:00 | M&T Bank, 1 Fountain Plaza, 9th floor, Buffalo, NY 14203 |
| 518964221 | | Email/Text: camanagement@mtb.com | Oct 21 2020 22:01:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 518897417 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 21 2020 22:53:14 | Portfolio Recovery Assoc., LLC, 140 Corporate Blvd, Norfolk, VA 23502 |
| 518952682 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 21 2020 22:53:14 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518961422 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 21 2020 22:52:26 | Portfolio Recovery Associates, LLC, c/o Mattress Firm, POB 41067, Norfolk VA 23541 |
| 518960072 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 21 2020 22:52:50 | Portfolio Recovery Associates, LLC, c/o Wal-mart, POB 41067, Norfolk VA 23541 |
| 518943516 | | Email/Text: bnc-quantum@quantum3group.com | Oct 21 2020 22:01:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518897419 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 21 2020 22:52:28 | Resurgent Capital Services LP, 55 Beattie Place, Suite 110, Greenville, SC 29601-5115 |
| 518897421 | | Email/PDF: gecsedi@recoverycorp.com | Oct 21 2020 22:53:09 | SYNCB, Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 518897422 | | Email/PDF: gecsedi@recoverycorp.com | Oct 21 2020 22:52:20 | SYNCB/Lowes, Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 518897423 | | Email/PDF: gecsedi@recoverycorp.com | Oct 21 2020 22:52:44 | SYNCB/Walmart, Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 518897981 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 21 2020 22:53:09 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518897424 | | Email/Text: bankruptcy@td.com | Oct 21 2020 22:01:00 | TD Bank, 32 Chestnut Street, Lewiston, ME 04240-7765 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2020        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2020 at the address(es) listed below:**

| **Name** | **Email Address** |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Fred R. Braverman | on behalf of Debtor Lisa A. Krzywicki bravelaw@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4