| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | |
|---|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** Fred R. Braverman, Esquire   #013841980 106 Society Hill Boulevard Cherry Hill, New Jersey  08003 (856) 424-2180 Attorney for Debtor(s) Lisa A. Krzywicki | Case No.: | 20-18604-MBK |
| | Chapter: | 13 |
| In Re: Lisa A. Krzywicki | Adv. No.: | |
| | Hearing Date: | 10/20/20 |
| | Judge: | Kaplan |

## CERTIFICATION OF SERVICE

1. I, ___Fred R. Braverman, Esq.___ :

   ☒ represent ___Debtor___ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On ___October 26, 2020___, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Executed Order on Motion to Vacate Dismissal of Case

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: ___10/26/2020___                    /s/Fred R. Braverman
                                          Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Lisa A. Krzywicki<br>112 Beechnut Court<br>Lumberton, NJ 08048 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo, Esquire<br>Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Denise E. Carlon, Esquire<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Phila, PA 19106 | Creditor Attorney for Lakeview Loan Servicing, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603.0587 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Misland Credit Management, Inc.<br>P.O. Box 2037<br>Warren, MI 48090 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Discover Bank<br>Discover Products Inc.<br>P.O. Box 3025<br>New Albany, OH 43054-3025 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital One Auto Finance,<br>a division of Capital One<br>P.O. Box 4360<br>Houston, TX 77210 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Comcast<br>P.O. Box 1931<br>Burlingame, CA 94011 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Department Stores National Bank<br>c/o Quantum3 Group, LLC<br>P.O. Box 657<br>Kirkland, WA 98083-0657 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Portfolio Recovery Associates, LLC<br>c/o Capital One Bank (USA), N.A.<br>P.O. Box 41067<br>Norfolk, VA 23541 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Portfolio Recovery Associates, LLC<br>c/o Walmart<br>P.O. Box 41067<br>Norfolk, VA  23541 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Portfolio Recovery Associates, LLC<br>c/o Mattress Firm<br>P.O. Box 41067<br>Norfolk, VA  23541 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| M&T Bank<br>P.O. Box 840<br>Buffalo, NY  142249-0840 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Anthony S. Poulin, Esq.<br>Stephen Einstein & Assoc, PC<br>39 Broadway<br>Suite 1250<br>New York, NY  10006 | Attorney for Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital One<br>P.O. Box 30285<br>Salt Lake City, UT  84130-0285 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Citi Bank<br>PO Box 6500<br>Sioux Falls, SD  57117 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Comenity Bank - Boscov's<br>Bankruptcy Dept.<br>PO Box 182125<br>Columbus, OH  43218-2125 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Pressler, Felt & Warshaw, LLP<br>7 Entin Road<br>2nd Floor<br>Parsippany, NJ  07054-5020 | Attorney for Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Second Round Sub, LLC<br>4150 Friedrich Lane<br>Austin, TX  78704-1955 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| TD Bank<br>32 Chestnut Street<br>Lewiston, ME  04240-7765 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

rev.8/1/16

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Webank<br>215 South State Street<br>Suite 800<br>Salt Lake City, UT  84111 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| SYNCB<br>Bankruptcy Dept.<br>PO Box 965060<br>Orlando, FL  32896-5060 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |