Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−18604−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lisa A. Krzywicki
   112 Beechnut Court
   Lumberton, NJ 08048

Social Security No.:
   xxx−xx−4983

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 18, 2021.

Dated: February 18, 2021
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                Case No. 20-18604-MBK

Lisa A. Krzywicki                                                                           Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                               User: admin                                        Page 1 of 3
Date Rcvd: Feb 18, 2021                    Form ID: plncf13                              Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa A. Krzywicki, 112 Beechnut Court, Lumberton, NJ 08048-3413 |
| 518897401 | + | Anthony S. Poulin, Esquire, Stephen Einstein & Assoc., PC, 39 Broadway, Suite 1250, New York, NY 10006-3089 |
| 518897403 | + | Best Buy Credit Services/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 518897407 | + | Citi Bank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 518897415 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Macys/DSNB, Bankruptcy Processing, PO Box 8053, Mason, OH 45040-8222 |
| 518909265 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518897416 | + | Midland Funding LLC c/o, Midland Credit Mgmt Inc., 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 518897418 | | Pressler, Felt & Warshaw, LLP, 7 Entin Road, 2nd Floor, Parsippany, NJ 07054-5020 |
| 518897420 | + | Second Round Sub, LLC, 4150 Friedrich Lane, Austin, TX 78744-1052 |
| 518897425 | | WebBank, 215 Douth State Street, Suite 800, Salt Lake City, UT 84111 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 18 2021 21:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 18 2021 21:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518897402 | | Email/Text: legal@arsnational.com | Feb 18 2021 21:26:00 | ARS National Services, Inc., Po Box 469100, Escondido, CA 92046-9100 |
| 518897403 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 18 2021 23:40:45 | Best Buy Credit Services/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 518917750 | + | Email/Text: documentfiling@lciinc.com | Feb 18 2021 21:24:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 518897404 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 18 2021 23:48:30 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518897406 | | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Feb 18 2021 23:49:22 | Capital One Auto Finance, P.O. Box 60511, City of Industry, CA 91716-0511 |
| 518897405 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Feb 18 2021 23:40:15 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 518905126 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Feb 18 2021 23:40:12 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518912054 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Feb 18 2021 23:59:33 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 518897407 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 18 2021 23:59:53 | Citi Bank, PO Box 6500, Sioux Falls, SD 57117-6500 |

Case 20-18604-MBK    Doc 31    Filed 02/20/21    Entered 02/21/21 00:22:03    Desc Imaged
Certificate of Notice    Page 3 of 4

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 3 |
| Date Rcvd: Feb 18, 2021 | Form ID: plncf13 | Total Noticed: 41 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 518897408 | + | Email/Text: documentfiling@lciinc.com | Feb 18 2021 21:24:00 | Comcast, 1 Apollo Road, Plymouth Meeting, PA 19462-2372 |
| 518897409 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 18 2021 21:26:00 | Comenity Bank-Boscov's, Bankruptcy Dept., PO Box 182125, Columbus, OH 43218-2125 |
| 518897410 | | Email/Text: mrdiscen@discover.com | Feb 18 2021 21:25:00 | Discover Bank, 2500 Lake Park Blvd, Salt Lake City, UT 84120 |
| 518937881 | | Email/Text: bnc-quantum@quantum3group.com | Feb 18 2021 21:26:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518909283 | | Email/Text: mrdiscen@discover.com | Feb 18 2021 21:25:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 518897411 | + | Email/Text: bknotice@ercbpo.com | Feb 18 2021 21:26:00 | ERC, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 518897412 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 18 2021 23:47:59 | GE Money Bank/Old Navy, Bankruptcy Dept, PO Box 103104, Roswell, GA 30076-9104 |
| 518901849 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 18 2021 23:49:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518897413 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 18 2021 23:40:10 | LVNV Funding, LLC, PO Box 1269, Greenville, SC 29602-1269 |
| 518897414 | | Email/Text: camanagement@mtb.com | Feb 18 2021 21:26:00 | M&T Bank, 1 Fountain Plaza, 9th floor, Buffalo, NY 14203 |
| 518964221 | | Email/Text: camanagement@mtb.com | Feb 18 2021 21:26:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 518897417 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 18 2021 23:59:08 | Portfolio Recovery Assoc., LLC, 140 Corporate Blvd, Norfolk, VA 23502 |
| 518952682 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 18 2021 23:39:53 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518961422 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 18 2021 23:59:09 | Portfolio Recovery Associates, LLC, c/o Mattress Firm, POB 41067, Norfolk VA 23541 |
| 518960072 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 18 2021 23:59:08 | Portfolio Recovery Associates, LLC, c/o Wal-mart, POB 41067, Norfolk VA 23541 |
| 518943516 | | Email/Text: bnc-quantum@quantum3group.com | Feb 18 2021 21:26:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518897419 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 18 2021 23:40:06 | Resurgent Capital Services LP, 55 Beattie Place, Suite 110, Greenville, SC 29601-5115 |
| 518897421 | | Email/PDF: gecsedi@recoverycorp.com | Feb 18 2021 23:58:26 | SYNCB, Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 518897422 | | Email/PDF: gecsedi@recoverycorp.com | Feb 18 2021 23:39:04 | SYNCB/Lowes, Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 518897423 | | Email/PDF: gecsedi@recoverycorp.com | Feb 18 2021 23:39:05 | SYNCB/Walmart, Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 518897981 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 18 2021 23:39:05 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518897424 | | Email/Text: bankruptcy@td.com | Feb 18 2021 21:26:00 | TD Bank, 32 Chestnut Street, Lewiston, ME 04240-7765 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2021         Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2021 at the address(es) listed below:

**Name**              **Email Address**

Albert Russo
docs@russotrustee.com

Denise E. Carlon
on behalf of Creditor Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Fred R. Braverman
on behalf of Debtor Lisa A. Krzywicki bravelaw@comcast.net

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4