| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
**Chapter 13 Case No. 20-18604 / MBK**

Lisa A. Krzywicki

Petition Filed Date: 07/16/2020
341 Hearing Date: 08/13/2020
Confirmation Date: 02/16/2021

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/28/2020 | $145.00 | 19143914645 | 08/20/2020 | $145.00 | 70244380 | 09/16/2020 | $145.00 | 70893710 |
| 10/28/2020 | $145.00 | 71885010 | 11/23/2020 | $145.00 | 72531040 | 12/17/2020 | $145.00 | 73118450 |
| 01/19/2021 | $145.00 | 73873900 | 02/16/2021 | $145.00 | 74518870 | | | |

**Total Receipts for the Period:  $1,160.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $1,160.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Lisa A. Krzywicki | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | FRED R BRAVERMAN ESQ | Attorney Fees | $2,475.00 | $0.00 | $2,475.00 |
| 1 | LVNV FUNDING LLC<br>»» SHERMAN ORIGINATOR | Unsecured Creditors | $177.17 | $0.00 | $177.17 |
| 2 | MIDLAND CREDIT MANAGEMENT, INC<br>»» SYNCHRONY BANK/LOWES | Unsecured Creditors | $1,570.20 | $0.00 | $1,570.20 |
| 3 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CITIBANK,NA/BEST BUY | Unsecured Creditors | $2,200.00 | $0.00 | $2,200.00 |
| 4 | DISCOVER BANK | Unsecured Creditors | $2,120.15 | $0.00 | $2,120.15 |
| 5 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CITIBANK,NA/HOME DEPOT | Unsecured Creditors | $1,293.40 | $0.00 | $1,293.40 |
| 6 | CAPITAL ONE AUTO FINANCE<br>»» 2014 CHERVOLET CRUZE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 7 | COMCAST | Unsecured Creditors | $429.51 | $0.00 | $429.51 |
| 8 | DEPARTMENT STORE NATIONAL BANK<br>»» MACY'S CREDIT CARD | Unsecured Creditors | $1,269.94 | $0.00 | $1,269.94 |
| 9 | QUANTUM3 LLC AS AGENT FOR<br>»» BOSCOVS CC | Unsecured Creditors | $1,754.27 | $0.00 | $1,754.27 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE BANK | Unsecured Creditors | $961.18 | $0.00 | $961.18 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» WALMART | Unsecured Creditors | $1,597.39 | $0.00 | $1,597.39 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» MATTREDD FIRM | Unsecured Creditors | $1,640.89 | $0.00 | $1,640.89 |
| 13 | LAKEVIEW LOAN SERVICING LLC<br>»» P/112 BEECHNUT COURT/1ST MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |

| 14 | DISCOVER BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
|----|---------------|---------------------|-------|-------|-------|
|    | »»  DUPL OF CLAIM 4-1 | No Disbursements: Filed Out of Time - NO NOT | | | |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,160.00 | Plan Balance: | $4,060.00 ** |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $145.00 |
| Paid to Trustee: | $87.75 | Arrearages: | ($145.00) |
| Funds on Hand: | $1,072.25 | Total Plan Base: | $5,220.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**