| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 20-18604 / MBK**

Lisa A. Krzywicki

Petition Filed Date: 07/16/2020
341 Hearing Date: 08/13/2020
Confirmation Date: 02/16/2021

Case Status: Open / Confirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/19/2021 | $145.00 | 73873900 | 02/16/2021 | $145.00 | 74518870 | 03/16/2021 | $145.00 | 75263340 |
| 04/26/2021 | $145.00 | 76202040 | 05/17/2021 | $145.00 | 76757330 | 06/18/2021 | $145.00 | 77475670 |
| 07/12/2021 | $145.00 | 78051880 | 08/02/2021 | $145.00 | 78499160 | 09/17/2021 | $145.00 | 79530210 |
| 10/18/2021 | $145.00 | 80215200 | 11/15/2021 | $145.00 | 80849530 | 12/20/2021 | $145.00 | 81543940 |
| 01/18/2022 | $145.00 | 82151000 | | | | | | |

**Total Receipts for the Period:  $1,885.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $2,755.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Lisa A. Krzywicki | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | FRED R BRAVERMAN ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $2,475.00 | $2,412.45 | $62.55 |
| 1 | LVNV FUNDING LLC<br>»» WEBBANK/GETTINGTON | Unsecured Creditors | $177.17 | $0.00 | $177.17 |
| 2 | MIDLAND CREDIT MANAGEMENT, INC<br>»» SYNCHRONY BANK/LOWES | Unsecured Creditors | $1,570.20 | $0.00 | $1,570.20 |
| 3 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CITIBANK/BEST BUY | Unsecured Creditors | $2,200.00 | $0.00 | $2,200.00 |
| 4 | DISCOVER BANK | Unsecured Creditors | $2,120.15 | $0.00 | $2,120.15 |
| 5 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CITIBANK/HOME DEPOT | Unsecured Creditors | $1,293.40 | $0.00 | $1,293.40 |
| 6 | CAPITAL ONE AUTO FINANCE<br>»» 2014 CHERVOLET CRUZE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 7 | COMCAST | Unsecured Creditors | $429.51 | $0.00 | $429.51 |
| 8 | DEPARTMENT STORE NATIONAL BANK<br>»» MACY'S CREDIT CARD | Unsecured Creditors | $1,269.94 | $0.00 | $1,269.94 |
| 9 | QUANTUM3 LLC AS AGENT FOR<br>»» COMENITY/BOSCOVS CC | Unsecured Creditors | $1,754.27 | $0.00 | $1,754.27 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE BANK | Unsecured Creditors | $961.18 | $0.00 | $961.18 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/WALMART | Unsecured Creditors | $1,597.39 | $0.00 | $1,597.39 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/MATTRESS FIRM | Unsecured Creditors | $1,640.89 | $0.00 | $1,640.89 |

**Chapter 13 Case No. 20-18604 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 13 | LAKEVIEW LOAN SERVICING LLC<br>»» P/112 BEECHNUT COURT/1ST MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 14 | DISCOVER BANK<br>»» DUPL OF CLAIM 4-1 | Unsecured Creditors<br>No Disbursements: Duplicate Claim | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,755.00 | Plan Balance: | $2,465.00 ** |
| Paid to Claims: | $2,412.45 | Current Monthly Payment: | $145.00 |
| Paid to Trustee: | $209.73 | Arrearages: | $0.00 |
| Funds on Hand: | $132.82 | Total Plan Base: | $5,220.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit
www.russotrustee.com/epay for more  information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or
scan this code to get started.**



 **\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**