**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Lisa A. Krzywicki<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–4983<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 20–18604–MBK | |

# Order of Discharge                                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Lisa A. Krzywicki

8/30/23

**By the court:** Michael B. Kaplan
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Lisa A. Krzywicki  
    Debtor

Case No. 20-18604-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 3  
Date Rcvd: Aug 30, 2023    Form ID: 3180W    Total Noticed: 41

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa A. Krzywicki, 112 Beechnut Court, Lumberton, NJ 08048-3413 |
| 518897401 | + | Anthony S. Poulin, Esquire, Stephen Einstein & Assoc., PC, 39 Broadway, Suite 1250, New York, NY 10006-3089 |
| 518897425 | | WebBank, 215 Douth State Street, Suite 800, Salt Lake City, UT 84111 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 30 2023 20:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 30 2023 20:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518897402 | | Email/Text: legal@arsnational.com | Aug 30 2023 20:33:00 | ARS National Services, Inc., Po Box 469100, Escondido, CA 92046-9100 |
| 518897403 | + | EDI: CITICORP.COM | Aug 31 2023 00:25:00 | Best Buy Credit Services/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 518917750 | + | EDI: COMCASTCBLCENT | Aug 31 2023 00:25:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 518897404 | | EDI: CAPITALONE.COM | Aug 31 2023 00:25:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518897406 | | EDI: CAPONEAUTO.COM | Aug 31 2023 00:25:00 | Capital One Auto Finance, P.O. Box 60511, City of Industry, CA 91716-0511 |
| 518897405 | + | EDI: CAPONEAUTO.COM | Aug 31 2023 00:25:00 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 518905126 | + | EDI: AISACG.COM | Aug 31 2023 00:25:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518912054 | + | EDI: AISACG.COM | Aug 31 2023 00:25:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 518897407 | + | EDI: CITICORP.COM | Aug 31 2023 00:25:00 | Citi Bank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 518897408 | + | EDI: COMCASTCBLCENT | Aug 31 2023 00:25:00 | Comcast, 1 Apollo Road, Plymouth Meeting, PA 19462-2372 |
| 518897409 | | EDI: WFNNB.COM | Aug 31 2023 00:25:00 | Comenity Bank-Boscov's, Bankruptcy Dept., PO Box 182125, Columbus, OH 43218-2125 |
| 518897410 | | EDI: DISCOVER.COM | Aug 31 2023 00:25:00 | Discover Bank, 2500 Lake Park Blvd, Salt Lake City, UT 84120 |
| 518897415 | + | EDI: CITICORP.COM | Aug 31 2023 00:25:00 | Macys/DSNB, Bankruptcy Processing, PO Box 8053, Mason, OH 45040-8222 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 518937881 | | EDI: Q3G.COM | Aug 31 2023 00:25:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518909283 | | EDI: DISCOVER.COM | Aug 31 2023 00:25:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 518897411 | + | Email/Text: bknotice@ercbpo.com | Aug 30 2023 20:33:00 | ERC, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 518897412 | + | EDI: RMSC.COM | Aug 31 2023 00:25:00 | GE Money Bank/Old Navy, Bankruptcy Dept, PO Box 103104, Roswell, GA 30076-9104 |
| 518901849 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 30 2023 20:39:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518897413 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 30 2023 20:39:31 | LVNV Funding, LLC, PO Box 1269, Greenville, SC 29602-1269 |
| 518897414 | | Email/Text: camanagement@mtb.com | Aug 30 2023 20:33:00 | M&T Bank, 1 Fountain Plaza, 9th floor, Buffalo, NY 14203 |
| 518964221 | | Email/Text: camanagement@mtb.com | Aug 30 2023 20:33:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 518909265 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 30 2023 20:33:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518897416 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 30 2023 20:33:00 | Midland Funding LLC c/o, Midland Credit Mgmt Inc., 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 518897417 | | EDI: PRA.COM | Aug 31 2023 00:25:00 | Portfolio Recovery Assoc., LLC, 140 Corporate Blvd, Norfolk, VA 23502 |
| 518952682 | | EDI: PRA.COM | Aug 31 2023 00:25:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518961422 | | EDI: PRA.COM | Aug 31 2023 00:25:00 | Portfolio Recovery Associates, LLC, c/o Mattress Firm, POB 41067, Norfolk VA 23541 |
| 518960072 | | EDI: PRA.COM | Aug 31 2023 00:25:00 | Portfolio Recovery Associates, LLC, c/o Wal-mart, POB 41067, Norfolk VA 23541 |
| 518897418 | | Email/Text: signed.order@pfwattorneys.com | Aug 30 2023 20:32:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Road, 2nd Floor, Parsippany, NJ 07054-5020 |
| 518943516 | | EDI: Q3G.COM | Aug 31 2023 00:25:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518897419 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 30 2023 20:39:39 | Resurgent Capital Services LP, 55 Beattie Place, Suite 110, Greenville, SC 29601-5115 |
| 518897421 | | EDI: RMSC.COM | Aug 31 2023 00:25:00 | SYNCB, Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 518897422 | | EDI: RMSC.COM | Aug 31 2023 00:25:00 | SYNCB/Lowes, Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 518897423 | | EDI: RMSC.COM | Aug 31 2023 00:25:00 | SYNCB/Walmart, Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 518897420 | + | EDI: SECONDROUND.COM | Aug 31 2023 00:25:00 | Second Round Sub, LLC, 4150 Friedrich Lane, Austin, TX 78744-1052 |
| 518897981 | + | EDI: RMSC.COM | Aug 31 2023 00:25:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518897424 | | EDI: TDBANKNORTH.COM | Aug 31 2023 00:25:00 | TD Bank, 32 Chestnut Street, Lewiston, ME 04240-7765 |

TOTAL: 38

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 30, 2023 | Form ID: 3180W | Total Noticed: 41 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 01, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Fred R. Braverman | on behalf of Debtor Lisa A. Krzywicki bravelaw@comcast.net |
| Phillip Andrew Raymond | on behalf of Creditor Lakeview Loan Servicing LLC phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5